Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Blvck Bvlled Investments, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  30-0978238

**4. Debtor's address**

**Principal place of business**

3711 Ramsey Circle, SW
Number    Street

Atlanta    GA    30331
City    State    ZIP Code

Fulton County
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Blvck Bvlled Investments, LLC**                                        Case number *(if known)*_____
        Name

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>5311 |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                          MM / DD / YYYY<br>      District _____  When _____  Case number _____<br>                                          MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When _____<br>                                                          MM / DD / YYYY<br>      Case number, if known _____ |

| Debtor | Blvck Bvlled Investments, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City                                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  **Blvck Bvlled Investments, LLC**
Name

Case number (*if known*)_____

| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/03/2020
MM / DD / YYYY

✘ /s/ Michael Cobb
Signature of authorized representative of debtor

Michael Cobb
Printed name

Title  Manager

18. **Signature of attorney**

✘ /s/ Will Geer
Signature of attorney for debtor

Date  02/03/2020
MM / DD / YYYY

Will Geer
Printed name

Wiggam & Geer, LLC
Firm name

50 Hurt Plaza, SE, Suite 1150
Number     Street

Atlanta
City

GA
State

30303
ZIP Code

404-233-9800
Contact phone

wgeer@wiggamgeer.com
Email address

940493
Bar number

GA
State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

**Fill in this information to identify the case:**

Debtor name __Blvck Bvlled Investments, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor   Blvck Bvlled Investments, LLC                                   Case number *(if known)*_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204       **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**       page 2

BSI Financial Services
P.O. Box 517
Titusville, PA 16354


Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165


Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165-0000

United States Bankruptcy Court
Northern District of Georgia

In re: Blvck Bvlled Investments, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/03/2020

/s/ Michael Cobb
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

## CERTIFICATE OF RESOLUTIONS

**Kvng.dum Enterprises, LLC,** as the sole managing member, officer, and holder of all interest in **Blvck Bvlled Investments, LLC,** a Georgia limited- liability company ("Company"), and with the Company having no other officers and no board of directors, hereby certify that at a special meeting held on February 1, 2020, the following resolutions were adopted and that these resolutions have been neither modified nor rescinded and each remain in full force and effect as of execution of this Certificate of Resolutions:

**RESOLVED,** that in the judgment of the Company, its manager, and its member, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code");

**RESOLVED,** that Michael Cobb (himself or his designee being an "Authorized Person" and all being the "Authorized Persons") is hereby authorized, empowered, and directed, in the name of and on behalf of the Company to execute and verify a petition and any amendments thereto under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court, Northern District of Georgia ("Bankruptcy Court"), at such time as the Authorized Person executing the same shall determine;

**RESOLVED,** that the law firm of WIGGAM & GEER, LLC (the "Geer Firm") is engaged and shall continue their engagement as attorneys for the Company in the Chapter 11 Case as general restructuring counsel, subject to certain approvals required by the Firms to be obtained from the Bankruptcy Court;

**RESOLVED,** that each Authorized Person, and such other persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, adversary proceedings, claim objections, plans, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the same;

**RESOLVED,** that each Authorized Person, and such other Persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record

and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates, and other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company through Chapter 11 of the Bankruptcy Code; and

**RESOLVED,** that any and all past actions taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are ratified, confirmed, and approved.

**IN WITNESS WHEREOF,** I have executed this Certificate of Resolution this 1st day of February, 2020.

**Blvck Bvlled Investments, LLC,**

*Michael Cobb*

By: kvng.dum enterprises, llc
Its: Managing Member
Title of Signatory: Sole Member of kvng.dum enterprises, llc